| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Copenhaver, Jr., John T. | 2. Court or Organization U.S.D.C. S.D. W.Va. | 3. Date of Report 08/13/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address P.O. Box 2546 Charleston, WV 25329 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Sarah & Pauline Maier Foundation, Inc. (non-prft) |
| 2. Administrator | Estate ▓▓▓▓ deceased ▓▓▓ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 AUG 18 A 11: 33 FINANCIAL DISCLOSURE OFFICE RECEIVED

Copenhaver Jr, John T

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T. | 08/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 09/25/2008 to 09/27/2008 | Phoenix, Arizona | Receive Bierce Award | Roundtrip airline fare $732 and food and lodging $440 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T. | 08/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental #1, Charleston, WV 1/2 Appraisal 6/80 | A | Rent | L | Q | | | | | |
| 2. Smith Barney Citigroup I 1/2 SB Money Funds C P CL A | A | Interest | J | T | Redeemed | 11/21 | J | A | Transfer to Line 3 |
| 3. Chase 1/2 Chkg Acct | A | Interest | J | T | Buy | 12/15 | J | | See Line 2 |
| 4. Smith Barney Citigroup, ● SB Money Funds C P CL A | A | Interest | K | T | Redeemed | 12/19 | J | | Transfer to Line 39 |
| 5. Est. ▬▬▬, 1/2 SB Money Funds C P CL A | A | Interest | J | T | Redeemed | 11/21 | J | A | Transfer to Line 40 |
| 6. Est. ▬▬▬, 1/2 Bank One CD | A | Interest | J | T | | | | | |
| 7. Est. ▬▬▬, 1/2 int., WesBanco stock | A | Dividend | J | T | | | | | |
| 8. Lts. ● Parsons & Poling, Chas. WV-1/2 -apprs'l 6/80 | | None | J | Q | | | | | |
| 9. Parcel, Elk River near Bream, Kan.Co. 1/2-appraisal 6/80 | | None | J | Q | | | | | |
| 10. Smith Barney Citigroup - IRA Large Cap Value Fund CLA | B | Dividend | K | T | | | | | |
| 11. Rental #2, Charleston, WV ●, Purchased 11/83 $42,000 | C | Rent | K | R | | | | | |
| 12. Rental #3, Charleston, WV ● Purchased 12/86 $30,000 | A | Rent | K | R | | | | | |
| 13. Huntington Bancshares West Virginia, Inc. - Stock | C | Dividend | J | T | | | | | |
| 14. Exxon Mobil-Stock | A | Dividend | K | T | | | | | |
| 15. Bank One Chase CD - transferred from Mny Mkt Act 8/13/07 (H) | A | Interest | L | T | Redeemed | 8/21 | L | C | Trransfer to Line 17 |
| 16. Fidelity Trust Fund - shares | A | Dividend | J | T | | | | | |
| 17. Chase Chkg Acct | A | Dividend | M | T | Buy | 8/21 | L | | See Line 15 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Series EE Bonds | A | Interest | K | T | | | | | |
| 19. Bank One Chase CD (H&S) | C | Interest | L | T | | | | | |
| 20. Huntgn. Bank CD (H) | C | Interest | L | T | | | | | |
| 21. Huntgn. Bank CD (H&S) | C | Interest | L | –T | | | | | |
| 22. Min. Int. Kan. Co. WV-1/4 ▇▇▇, R ocky Fork App 6/80 | A | Rent | J | Q | | | | | |
| 23. Min. Int. Kan. Co., WV-1/4 ▇▇▇, Roc ky Fork App 6/80 | A | Rent | J | Q | | | | | |
| 24. Min.Int. Kan. Co. WV-1/8 ▇▇ Poca Riv er - App'l 6/80 | A | Rent | J | Q | | | | | |
| 25. Min. Int. Kan. Co. WV-1/8 ▇▇, Poca R. Hills-App6/80 | A | Rent | J | Q | | | | | |
| 26. Min. Int. Kan. Co. WV-1/2 ▇▇▇▇ Poca R. App.6/80 | A | Rent | J | Q | | | | | |
| 27. Min. Int. Kan. Co. WV-1/8 ▇▇ Grapevin e Crk. App.6/80 | A | Rent | J | Q | | | | | |
| 28. Min.Int.Kan.Co. WV-1/2 ▇▇▇▇ T uppers Ck. App.6/80 | A | Rent | J | Q | | | | | |
| 29. Min.Int.Putnam Co., WV-1/2 ▇▇ Kan. Hills-App.6/80 | A | Rent | J | Q | | | | | |
| 30. Min.Int. Putnam Co., WV-1/2 ▇▇▇ Kan. Hills-App 6/80 | A | Rent | J | Q | | | | | |
| 31. Min. Int. Kan. Co., WV-Tate Lease/Colub mia Gas | A | Rent | J | W | | | | | |
| 32. Massmutual Corporate Invs Inc ● Mut Fd | C | Dividend | K | T | | | | | |
| 33. Neuberger & Berman Equity FDS (Focus)● ● Mut Fd | C | Dividend | K | T | | | | | |
| 34. T. Rowe Price GNMA Fd ● Mut Fd | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T. Rowe Price New Income FD Inc ● Mut Fd | B | Dividend | K | T | | | | | |
| 36. Vanguard Fixed Income Secs Fd (GNMA) Mut Fd ● | B | Dividend | K | T | | | | | |
| 37. Verizon Communications stock ● | A | Dividend | J | T | | | | | |
| 38. Prime Obligations Fund 396 ● | B | Interest | L | T | | | | | |
| 39. Chase ● Chkg Acct | A | Interest | K | T | Buy | 12/30 | K | | See Line 4 |
| 40. Est. ████████ Chase 1/2 Chkg Acct | A | Interest | J | T | Buy | 12/30 | J | | See Line 5 |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T. | 08/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

-   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544